IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JARROD CLIFFORD ARMBRUSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 115-114 |
| | ) | |
| DR. WILLIAM ROOSENBLOOM; PAUL BAKER, Resident Surgeon; ROSE MARIE KUHAR; DR. MATTHEW STEIMLE; FERDINAND SCHAFER; DR. HAI TRINH; DR. RICHARD GORDON, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** the complaint for lack of subject matter jurisdiction, and **CLOSES** this civil action.

SO ORDERED this 22nd day of September, 2015, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA